It is so ordered.

s/James G. Carr
Sr. U.S. District Court Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JERREMY P. DYER** | Case No.:  3:16-cv-02817 |
| Plaintiff, | (Hon. James G. Carr) |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| **VENTRA SANDUSKY, LLC,** | |
| Defendant. | |

Now comes Plaintiff, Jerremy Dyer, and Defendant, Ventra Sandusky, LLC, by and through counsel, and stipulate that Plaintiff's claims against Defendant are dismissed with prejudice. Each party shall bear their own costs.

APPROVED:

*s/ Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870
Direct Dial:  (419) 624-3126
dmj@murrayandmurray.com

*Attorney for Plaintiff*

s/ *Thomas J. Gibney (per email consent)*
Thomas J. Gibney (0029992)
Carrie L. Urrutia (0073874)
     EASTMAN & SMITH LTD.
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, OH 43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
TJGibney@eastmansmith.com
CLUrrutia@eastmansmith.com

*Attorneys for Defendant Ventra Sandusky, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
MURRAY & MURRAY CO., L.P.A.

*Attorney for Plaintiff*